Jo-Anne C. Schlakman, Respondent, v Geoffrey C. Schlakman, Appellant.

Submitted October 29, 2007; decided November 20, 2007

Reported below, 38 AD3d 640.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of the Claim of George Taylor, Appellant, v Raleigh Hotel et al., Respondents. Workers' Compensation Board, Respondent.

Submitted October 29, 2007; decided November 20, 2007

Reported below, 35 AD3d 1053.

Motion for reargument of motion for leave to appeal denied [see 9 NY3d 908 (2007)].

Tamara Vid et al., Appellants, v Glenn J. Kaufman et al., Respondents, et al., Defendants.

Submitted October 15, 2007; decided November 20, 2007

Reported below, 39 AD3d 740.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.